# Court of Appeals
# of the State of Georgia

ATLANTA, February 25, 2013

*The Court of Appeals hereby passes the following order:*

**A13D0141.     KALENDAR ICOZ v. COMMERCIAL CABINETRY OF GEORGIA, et al.**

On December 19, 2012, we dismissed Kalendar Icoz's application for discretionary appeal as untimely.  Icoz has filed a motion for reconsideration, and has provided documentation showing that his application was timely filed.

Given this new information, we hereby GRANT Icoz's motion for reconsideration.  The December 19, 2012, order dismissing his application is VACATED, and the application is REINSTATED.

After full consideration of the merits of Icoz's application for discretionary review, however, we hereby DENY the application.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 02/25/2013
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

 *, Clerk.*